**Opinion filed February 16, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00039-CR

_____

## RANDALL SHAYNE JUSTICE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR21456**

## MEMORANDUM OPINION

Appellant, Randall Shayne Justice, has filed a motion to dismiss this appeal. In the motion, Appellant asks this court to withdraw his notice of appeal and dismiss the appeal. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


February 16, 2017                                             PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.